CHAMBERS OF
**WALKER D. MILLER**
UNITED STATES DISTRICT JUDGE

901 19ᵀᴴ STREET, ROOM A938
DENVER, CO 80294
303/844-2468
FAX 303/335-2299

July 16, 2004

The Honorable Mary M. Lisi
Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, DC 20544

Re: 2003 Financial Disclosure Report

Dear Judge Lisi:

I am enclosing an amended report to correct the errors or oversights noted in your June 2, 2004 letter. For whatever reason I had never attempted to value some oil and gas royalty interests but rather just reported the income. In reading the filing instructions I concluded that you were, of course, right but also stumbled upon another oversight, namely the failure to report some regular life insur   with cash value. These are included as new items 51 and 52 under Part VII

Hopefully this now passes muster

Sincerely,

Walker D. Miller

WDM/jct
enclosure

RECEIVED
Jul 22 10 50 AM '04
FINANCIAL DISCLOSURE OFFICE

*AMENDED*

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

| | |
|---|---|
| AO-10<br>Rev. 1/2004 | |

Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Miller, Walker D | 2. Court or Organization<br><br>U.S. District Court, Colorado | 3. Date of Report<br><br>7/16/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>901 19th St., A-938<br>Denver, CO 80294 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED JUL 22 10 50 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Kerr. McGee (royalty) | 18,635 |
| 2. | 2003 | Duke Energy (royalty) | 4,078 |
| 3. | 2003 | Patina Oil & Gas (royalty) | 617 |
| 4. | | | |
| 5. | | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Westaff (USA), Inc. (salary) |
| 2. | 2003 | Colorado State University (salary) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Walker D | 7/16/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ING Variable Annuity | A | Interest | K | T | | | | | |
| 2. PaineWebber Cash Fund | A | Interest | J | T | | | | | |
| 3. PaineWebber Retirement | A | Interest | J | T | | | | | |
| 4. Capital Trust Retirement | A | Interest | J | T | | | | | |
| 5. Pasture, ███████ CO | B | Rent | N | W | | | | | |
| 6. Occidental Petroleum - Common | A | Dividend | J | T | | | | | |
| 7. RMA Money Market | A | Interest | J | T | | | | | |
| 8. PaineWebber Global | A | Interest | K | T | | | | | |
| 9. Merck | A | Dividend | J | T | | | | | |
| 10. TIAA-CREF Mutual Fund | B | Interest | L | T | | | | | |
| 11. MONY Group | A | Dividend | J | T | | | | | |
| 12. TIAA Annuity | A | Dividend | K | T | | | | | |
| 13. Arvada Co. Bond | A | Interest | | | redempt | 08/28 | J | A | |
| 14. Denver Bond | A | Interest | J | T | Buy | 05/21 | J | | |
| 15. Denver Airport Bond | A | Interest | J | T | | | | | |
| 16. Adams County Pollution Bond | A | Interest | J | T | | | | | |
| 17. Colo. Univ. Hospital Bond | A | Interest | J | T | | | | | |
| 18. Denver Airport Bond | A | Interest | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Walker D | 7/16/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. E-470 Highway Bond | A | Interest | J | T | | | | | |
| 20. E-470 Highway Bond | A | Interest | J | T | | | | | |
| 21. Ft. Collins Water Bond | A | Dividend | J | T | | | | | |
| 22. Denver Airport Bond | A | Dividend | K | T | | | | | |
| 23. University Colorado Hosp. Bond | A | Dividend | J | T | | | | | |
| 24. Colorado Water Bond | A | Dividend | J | T | | | | | |
| 25. Denver COP Bond | B | Interest | K | T | | | | | |
| 26. Denver Airport Bond | B | Interest | K | T | | | | | |
| 27. Denver School Bond | A | Interest | K | T | | | | | |
| 28. PaineWebber Retirement Fund | B | Interest | L | T | | | | | |
| 29. U.S. Treasury Notes | B | Interest | K | T | | | | | |
| 30. FHLB Stepup | B | Interest | | | redemption | 02/19 | K | A | |
| 31. TIAA-CREF Retirement | A | Interest | L | T | | | | | |
| 32. Farmers Group Capital | A | Dividend | | | redemption | 11/25 | J | A | |
| 33. Verizon (GTE) | A | Dividend | J | T | | | | | |
| 34. Equity Res. | A | Dividend | K | T | | | | | |
| 35. New Frontier Bank | A | None | M | W | | | | | |
| 36. PSCo Capital Trust | B | Dividend | | | redemption | 06/30 | K | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Walker D | 7/16/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Hartford Capital | B | Dividend | K | T | | | | | |
| 38. Intel | A | Dividend | J | T | | | | | |
| 39. AT&T | A | Interest | J | T | | | | | |
| 40. Microsoft | A | Dividend | J | T | | | | | |
| 41. Pfizer | A | Dividend | J | T | | | | | |
| 42. New Frontier Bank Acct. | A | Interest | K | T | | | | | |
| 43. Health Care REIT | A | Interest | J | T | | | | | |
| 44. Senior Housing Trust | A | Interest | J | T | | | | | |
| 45. Xcel Energy | A | Dividend | K | T | | | | | |
| 46. Senior Housing Trust | A | Dividend | K | T | buy | 03/14 | K | | |
| 47. GMAC | A | Interest | K | T | buy | 03/14 | K | | |
| 48. Denver Airport Bond | A | Interest | J | T | buy | 03/18 | J | | |
| 49. Colo. Ed. & Cult Bond | A | Interest | J | T | buy | 03/18 | J | | |
| 50. Royalty Interest ███████ CO. | E | Royalty | M | W | | | | | |
| 51. Northwestern Mutual (whole life ins.) | A | Dividend | K | T | | | | | |
| 52. Mutual of New York (whole life ins.) | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | Miller, Walker D | | 7/16/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. Item 50 of VII is new. It is an estimated value of royalty interests not previously reported although the income was.
2. Items 51 and 52 of VII are regular life insurance policies with cash value which by oversight, were not previously reported.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | Miller, Walker D | | 7/16/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Miller, Walker D | Date of Report<br><br>7/16/2004 |
| --- | --- | --- |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____          Date____7/16/04____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Miller, Walker D | 2. Court or Organization<br><br>U.S. District Court, Colorado | 3. Date of Report<br><br>4/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>901 19th St., A-938<br>Denver, CO 80294 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Walker D | 4/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ING Variable Annuity | A | Interest | K | T | | | | | |
| 2. PaineWebber Cash Fund | A | Interest | J | T | | | | | |
| 3. PaineWebber Retirement | A | Interest | J | T | | | | | |
| 4. Capital Trust Retirement | A | Interest | J | T | | | | | |
| 5. Pasture, ▮▮▮▮ CO | B | Rent | N | W | | | | | |
| 6. Occidental Petroleum - Common | A | Dividend | J | T | | | | | |
| 7. RMA Money Market | A | Interest | J | T | | | | | |
| 8. PaineWebber Global | A | Interest | K | T | | | | | |
| 9. Merck | A | Dividend | J | T | | | | | |
| 10. TIAA-CREF Mutual Fund | B | Interest | L | T | | | | | |
| 11. MONY Group | A | Dividend | J | T | | | | | |
| 12. TIAA Annuity | A | Dividend | K | T | | | | | |
| 13. Arvada Co. Bond | A | Interest | J | T | redempt | 08/28 | J | A | |
| 14. Denver Bond | A | Interest | J | T | Buy | 05/21 | | | |
| 15. Denver Airport Bond | A | Interest | J | T | | | | | |
| 16. Adams County Pollution Bond | A | Interest | J | T | | | | | |
| 17. Colo. Univ. Hospital Bond | A | Interest | J | T | | | | | |
| 18. Denver Airport Bond | A | Interest | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Walker D | 4/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. E-470 Highway Bond | A | Interest | J | T | | | | | |
| 20. E-470 Highway Bond | A | Interest | J | T | | | | | |
| 21. Ft. Collins Water Bond | A | Dividend | J | T | | | | | |
| 22. Denver Airport Bond | A | Dividend | K | T | | | | | |
| 23. University Colorado Hosp. Bond | A | Dividend | J | T | | | | | |
| 24. Colorado Water Bond | A | Dividend | J | T | | | | | |
| 25. Denver COP Bond | B | Interest | K | T | | | | | |
| 26. Denver Airport Bond | B | Interest | K | T | | | | | |
| 27. Denver School Bond | A | Interest | K | T | | | | | |
| 28. PaineWebber Retirement Fund | B | Interest | L | T | | | | | |
| 29. U.S. Treasury Notes | B | Interest | K | T | | | | | |
| 30. FHLB Stepup | B | Interest | K | T | redemption | 02/19 | K | A | |
| 31. TIAA-CREF Retirement | A | Interest | L | T | | | | | |
| 32. Farmers Group Capital | A | Dividend | J | T | redemption | 11/25 | J | A | |
| 33. Verizon (GTE) | A | Dividend | J | T | | | | | |
| 34. Equity Res. | A | Dividend | K | T | | | | | |
| 35. New Frontier Bank | A | None | M | W | | | | | |
| 36. PSCo Capital Trust | B | Dividend | K | T | redemption | 06/30 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Walker D | 4/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Hartford Capital | B | Dividend | K | T | | | | | |
| 38. Intel | A | Dividend | J | T | | | | | |
| 39. AT&T | A | Interest | J | T | | | | | |
| 40. Microsoft | A | Dividend | J | T | | | | | |
| 41. Pfizer | A | Dividend | J | T | | | | | |
| 42. New Frontier Bank Acct. | A | Interest | K | T | | | | | |
| 43. Health Care REIT | A | Interest | J | T | | | | | |
| 44. Senior Housing Trust | A | Interest | J | T | | | | | |
| 45. Xcel Energy | A | Dividend | K | T | | | | | |
| 46. Senior Housing Trust | A | Dividend | K | T | buy | 03/14 | | | |
| 47. GMAC | A | Interest | K | T | buy | 03/14 | | | |
| 48. Denver Airport Bond | A | Interest | J | T | buy | 03/18 | | | |
| 49. Colo. Ed. & Cult Bond | A | Interest | J | T | buy | 03/18 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Miller, Walker D | 4/12/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Miller, Walker D | 4/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

Date____4/12/04____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544